# Third District Court of Appeal

## State of Florida

Opinion filed March 27, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-246
Lower Tribunal No. 85-3766
_____

**William Berry,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Carlos J. Martinez, Public Defender, and Jonathan Greenberg, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Mr. Berry was convicted of first-degree murder and other non-homicide offenses. He was sentenced to life in prison with the possibly of parole after twenty-five years. When he committed the crimes, he was less than eighteen years of age. Under the authority of State v. Michel, 257 So. 3d 3 (Fla. 2018), and Franklin v. State, 258 So. 3d 1239 (Fla. 2018), we uphold the trial judge's summary denial of the Appellant's motion for post-conviction relief challenging the constitutionality of his sentence.

Affirmed.